AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Citibank, N.A.
was received by me on *(date)* 7/27/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sharon Stroud - Legal Dept. Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* Citibank, N.A. 5800 S. Corporate Place, Sioux Falls, SD 57108 on *(date)* 7/27/2020 @ 1:48pm; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/27/2020

*Server's signature*

Richard Rober                    Process Server
*Printed name and title*

2522 W. 41st St. #213, Sioux Falls, SD 57105
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California ▼

THOMAS TEN PAS

*Plaintiff(s)*

v.

CITIBANK, N.A. and EXPERIAN INFORMATION SOLUTIONS, INC

*Defendant(s)*

Civil Action No. 8:20-cv-01333-CJC-JDE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Citibank, N.A.
5800 S Corporate Place
Sioux Falls, SD 57108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Carlos Alsina-Batista, (CA SBN# 327286)
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
Dir: (657) 363-3331
Fax: (714) 888-4528
E: CarlosA@Jlohman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/24/2020

*Signature of Clerk or Deputy Clerk*